■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSE COLON, Appellant. [50 NYS3d 394]—Order, Supreme Court, Bronx County (Alberto Lorenzo, J.), entered November 19, 2014, adjudicating defendant a level three predicate sex offender under the Sex Offender Registration Act (Correction Law art 6-C), unanimously affirmed, without costs.

The court providently exercised its discretion when it declined to grant a downward departure (*see People v Gillotti*, 23 NY3d 841 [2014]). The mitigating factors cited by defendant were adequately taken into account by the risk assessment instrument, and were in any event outweighed by the extreme seriousness of the underlying sex crimes, as well as defendant's extensive record of sexual recidivism. Concur—Friedman, J.P., Richter, Mazzarelli, Feinman and Gische, JJ.